IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOUGLAS M. HAUXHURST, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 09-cv-231-JPG |
| ) | |
| LISA J. W. HOLLINGSWORTH, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Petitioner Douglas Hauxhurst brings this action under the umbrella of habeas corpus law. 28 U.S.C. § 2241. In this action, he challenges Respondent's refusal to place him in an RRC facility.[1] He asserts that this decision is contrary to 18 U.S.C. § 3621 and also is inconsistent with other Bureau policies and practices.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service. Petitioner's emergency motion (Doc. 3) is now **MOOT**.

---

[1] Hauxhurst does not define an RRC program anywhere in his petition. However, attached to his emergency motion (Doc. 3), an exhibit makes reference to a Residential Reentry Center, more commonly known as a halfway house.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED.R.CIV.P. 41(b).

**IT IS SO ORDERED.**

**Dated: October 28, 2009.**

                                            **s/ J. Phil Gilbert**
                                            **U. S. District Judge**