IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DOUGLAS M. HAWXHURST**,

**Petitioner,**

**v.**

**LISA J. W. HOLLINGSWORTH,**

**Respondent.**                                          No. 09-CV-0231-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

      On March 26, 2009, Hawxhurst filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1).  The respondent answered the petition on November 25, 2009 (Doc. 7) and filed a supplement on December 12, 2009 (Doc. 8).  On December 12, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b) and Local Rule 72.1(a), United States Magistrate Judge Donald G. Wilkerson submitted a Report and Recommendation ("the Report") recommending that the Court deny petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and that the Court dismiss as moot this case as petitioner has been released from custody (Doc. 10).

      The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by December 30, 2011.  To date, none of the

parties have filed objections, and the period in which to file objections has expired.[1]

Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 10).  The Court **DENIES** and **DISMISSES as moot** petitioner's writ of habeas corpus.  Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 3rd day of January, 2012.

David R. Herndon
2012.01.03
18:29:52 -06'00'

**Chief Judge**
**United States District Court**

---

[1] A review of the Bureau of Prison's website on January 3, 2012 indicates that petitioner was released from prison on December 10, 2009.  *See* http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=NameSearch&needingMoreList=false&FirstName=douglas&Middle=&LastName=hawxhurst&Race=U&Sex=U&Age=&x=86&y=8