IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOUGLAS M. HAWXHURST,

 Petitioner,

v.

LISA J. HOLLINGSWORTH,

 Respondent.        NO. 09-CV-0231-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 4, 2012, the petition for writ of habeas corpus is **DENIED** and is **DISMISSED** with prejudice.

      NANCY J. ROSENSTENGEL,
      CLERK OF COURT


      BY:  /s/*Sandy Pannier*
          Deputy Clerk

Dated: January 5, 2012

David R. Herndon
2012.01.05
07:09:44 -06'00'

APPROVED:
  CHIEF JUDGE
  U. S. DISTRICT COURT